UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESTOR GONZALEZ NUNEZ, et al., individually and on behalf of others similarly situated,

                Plaintiffs,

against

R. GROSS DAIRY KOSHER RESTAURANT INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 00861 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, February 18, 2020. By **Friday, February 21, 2020**, the parties are directed to submit, via ECF, a joint letter listing dates and times on which they are available for a settlement conference. The parties should choose from the following dates, select all available dates and times, and rank their choices.

The Court is available on

- Thursday, March 26, 2020 at 2:00 pm;
- Monday, March 30, 2020 at 10:00 am and 2:00 pm;
- Wednesday, April 1, 2020 at 10:00 am and 2:00 pm;
- Friday, April 3, 2020 at 10:00 am and 2:00 pm; and
- Monday, April 6, 2020 at 10:00 am and 2:00 pm.

Dated:   New York, New York
         February 18, 2020

                              SO ORDERED

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**