

March 4, 2020

**VIA ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The parties' joint Letter-Motion to adjourn the Settlement Conference scheduled for April 14, 2020 (ECF No. 67) is GRANTED. The Settlement Conference is rescheduled to **Friday, April 17, 2020 at 2:00 pm**, with submissions due by **Monday, April 13, 2020**. The Clerk of Court is respectfully directed to close ECF No. 67.
> SO-ORDERED 3/5/2020
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Nunez, et al. v. R. Gross Dairy Kosher Restaurant, Inc. et al.*
Case No. 18-CV-00861 (GBD)(SLC)

Dear Judge Cave,

We represent the Defendants in the above-referenced case. In accordance with the Court's "Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave," ¶ 9, and Your Honor's Individual Rules, ¶ I(D), Defendants submit this letter motion to respectfully request that the settlement conference currently scheduled for **Tuesday, April 14, 2020** be adjourned to a later date (*See* ECF Dkt. 66).

The reason for this request is that April 14 is the Passover holiday and Defendants will not be in New York at that time to attend.

Defendants have conferred with Plaintiffs, who consent to the requested adjournment, and all parties have confirmed availability on the following alternative dates and times:

- May 12, 2020;
- May 13, 2020; or
- May 15, 2020 (morning availability only).

This is Defendants' first request to Your Honor to adjourn a settlement conference.

We thank Your Honor for your willingness to assist the parties in resolving this matter.

Respectfully yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Ilan Weiser - Counsel to Defendants

cc: Joshua Androphy - Counsel to Plaintiffs (via ECF)

{00774537.DOCX.1}