USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 10 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
NESTOR GONZALEZ NUNEZ et al.,

                Plaintiffs,

    -against-

R. GROSS DAIRY KOSHER RESTAURANT INC. et al.,

------------------------------------- x

ORDER

18 Civ. 861 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request for an adjournment of all pretrial deadlines and of the bench trial, (ECF No. 70), is GRANTED.

The joint pretrial order is due by June 2, 2020. The final pretrial conference is adjourned from April 29, 2020 to July 1, 2020 at 9:45 am. The bench trial is adjourned from June 15, 2020 to July 13, 2020 at 9:45 am.

Dated: New York, New York
       March 10, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge