UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESTOR GONZALEZ NUNEZ, et al., individually and on behalf of others similarly situated,

Plaintiffs,

against

R. GROSS DAIRY KOSHER RESTAURANT INC., et al.,

Defendants.

CIVIL ACTION NO.: 18 Civ. 861 (GBD) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Settlement Conference scheduled for Tuesday, April 28, 2020 is rescheduled to **Tuesday, May 26, 2020 at 2:00 pm** with settlement submissions due by **Wednesday, May 20, 2020**.

Dated:   New York, New York
         April 13, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**