UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
FRANCISCO GOMEZ RAMIREZ,

         Plaintiff,

  -against-

R. GROSS DAIRY KOSHER RESTAURANT INC.
et al.,

         Defendants.
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 8 2020

ORDER

18 Civ. 861 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Plaintiff and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 76.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $1,746.60 is approved; and

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $1,253.40 is approved.

Dated: New York, New York
   May 28, 2020

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            United States District Judge