UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NESTOR GONZALEZ NUNEZ, *individually and on behalf of others similarly situated*, et al.,

                         Plaintiffs,

-against-

R. GROSS DAIRY KOSHER RESTAURANT INC. et al.,

                         Defendants.

------------------------------------- x

ORDER

18 Civ. 861 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2020

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have settled this matter, the final pretrial conference scheduled for August 28, 2020 and the trial scheduled for September 14, 2020 are canceled. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than July 9, 2020.

Dated: New York, New York
       June 11, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge