# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

July 7, 2020

**BY ECF**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2020

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: JUL 0 8 2020

Re: **Gonzalez Nunez et al v. R. Gross Dairy Kosher Restaurant Inc.**
     **Case No. 18-cv-0861(GBD)**

Dear Judge Daniels:

I am counsel to Plaintiffs in the above-referenced related matter, and I write to request an extension of time to file the settlement agreement and request for approval, from July 9, 2020 to July 30, 2020.

This is the first request for an extension of time. The reason for the request is that the parties have agreed to the terms of the settlement agreement, but it had not yet been executed by the parties. I have requested Defendants' consent to the extension. I understand Defendants' attorney is on vacation and I have not yet received a response.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy

cc: Amanda Fugazy (via ECF)
    Ilan Weiser (via ECF)
    *Attorneys for Defendants*