# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Facsimile: (212) 317-1620
Telephone: (212) 317-1200

jbarton@faillacelaw.com

July 30, 2020

**BY ECF**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 03 2020

**Re:   Gonzalez Nunez et al v. R. Gross Dairy Kosher Restaurant Inc.**
     **Case No. 18-cv-0861(GBD)**

Dear Judge Daniels:

I am counsel to Plaintiffs in the above-referenced related matter, and I write to request an extension of time to file the settlement agreement and request for approval, from today, July 30, 2020 to August 20, 2020.

This is the second request for an extension of time. The reason for the request is that while Defendants have executed the agreement, Plaintiffs need a bit more time to do so. In addition, the parties also need more time to finalize their fairness submission.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Jesse Barton
Jesse Barton

cc:  Amanda Fugazy (via ECF)
     Ilan Weiser (via ECF)
     *Attorneys for Defendants*