UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NESTOR GONZALEZ NUNEZ, NESTOR
SANCHEZ, DANIEL VENTURA, and JOSE
MANUEL JIMENEZ MENDIOLA, *individually
and on behalf of others similarly situated*, and
JUAN CARLOS MOREIRA,

                    Plaintiffs,

     -against-

R. GROSS DAIRY KOSHER RESTAURANT
INC., *d/b/a Mr. Broadway*, YUVAL ZARAI, and
MOTI ZILBER,

                    Defendants.

------------------------------------- x

ORDER

18 Civ. 861 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 87) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $105,000.00 is approved;

2. The payment of attorneys' fees and expenses to Plaintiffs' attorneys in the amount of $70,000.00 is approved.

Dated: New York, New York
       August 18, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge